# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE KAREN S. CRAWFORD TO MAGISTRATE JUDGE JILL L. BURKHARDT, | TRANSFER ORDER |

IT IS HEREBY ORDERED that the following cases are transferred from the calendar of the Honorable Karen S. Crawford, to the calendar of the Honorable Jill L. Burkhardt, for all further proceedings. All conference or hearing dates set before Magistrate Judge Crawford, if any, are VACATED and will be rescheduled before Magistrate Judge Burkhardt. Any dates set before any district judge remain unchanged.

| Case No. | Case Name |
|---|---|
| 9cv775-H-WMC | *Diaz v. First American Home Buyers Protection Corporation* |
| 10cv2671-JM-WMC | *Maraventano v. Nordstrom, Inc et al* |
| 11cv2609-JM-WMC | *Gina Balasanyan et al v. Nordstrom Inc et al* |
| 12cv1150-JAH-WMC | *Moya v. CitiMortgage, Inc. et al* |
| 12cv1466-CAB-WMC | *Payne v. Sodexo, Inc. et al* |
| 12cv2293-AJB-WMC | *Golez v. Donahoe et al* |

///

- 1 -

| | | |
|---|---|---|
| 1 | 13cv1212-H-WMC | *Perez v. Commissioner of Social Security* |
| 2 | 13cv1233-GPC-WMC | *Fallbrook Hospital Corporation v. California Nurses Association/National Nurses Organizing Committee (CNA/NNOC) et al* |
| 5 | 13cv1612-BEN-WMC | *Advanced Auctions LLC v. eBay Inc.* |
| 6 | 13cv1715-WQH-WMC | *Robinson v. Verkouteren et al* |
| 7 | 13cv1872-W-WMC | *United States of America v. Venture One Mortgage Corporation* |
| 9 | 13cv2141-L-WMC | *Rogers et al v. Blair Rasmussen Construction et al* |
| 10 | 13cv2436-JAH-WMC | *Jackson v. Verenium Corporation et al* |
| 11 | 13cv2642-H-WMC | *Lifehouse Holdings, LLC et al v. Certain Underwriters at Lloyd's, London Subscribing to Policy No. B0753/PH1002153 et al* |

IT IS SO ORDERED.

DATED: March 28, 2014

KAREN S. CRAWFORD
United States Magistrate Judge